UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DIANE K. BAIR, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>Defendant. ) | No. 15 cv 102 EJM<br><br>ORDER |

This matter is before the court on plaintiff's consented Motion for Attorney Fees, filed July 10, 2016. Granted.

On April 27, 2016, the court entered judgment for plaintiff, reversing and remanding the case back to the Commissioner. The motion for attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. §2412(d), is in order.

It is therefore

ORDERED

Granted. Plaintiff is awarded $4,684.59 in attorney fees pursuant to 28 U.S.C. § 2412(d), from the Social Security Administration, to be paid directly to the plaintiff. Plaintiff is also granted $400 in costs to be paid from the Judgment Fund.

July 19, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT